■ BENJAMIN AMENT, Respondent, v. FORDHAM HOISTING EQUIPMENT CO., INC., Defendant, and PARK RIVER REALTY CORP., Defendant-Appellant, and Third-Party Plaintiff. MORRIS ROSEN & SONS, INC., et al., Third-Party Defendants.—

No opinion. The further examination before trial of the defendant, Park River Realty Corp., shall proceed on 10 days' written notice or on any other date mutually fixed by the parties. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.